IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARY G. FORD**    **PLAINTIFF**

**V.**    **CIVIL ACTION NO. 1:14-CV-178-SA-SAA**

**LITTON LOAN SERVICING LP;
JPMORGAN CHASE BANK; THE BANK
OF NEW YORK; OCWEN LOAD SERVICING
LLC; EMILY KAYE CORTEAU; MORRIS
AND MORRIS; and MICHAEL A. JEDYNAK**    **DEFENDANTS**

## ORDER

The JP Morgan Chase Bank's Motion for Judgment on the Pleadings [11] is hereby GRANTED, and Defendant JP Morgan Chase Bank is DISMISSED as a party defendant.

SO ORDERED on this, the 24th day of August, 2015.

                                                      **/s/ Sharion Aycock**
                                                      **U.S. District Judge**