IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARY G. FORD**                                                                      **PLAINTIFF**

v.                                                    **CIVIL ACTION NO. 1:14-cv-178-SA-SAA**

**LITTON LOAN SERVICING LP,**
**JPMORGAN CHASE BANK,**
**THE BANK OF NEW YORK,**
**OCWEN LOAN SERVICING LLC,**
**EMILY KAYE COURTEAU,**
**MORRIS AND MORRIS, AND**
**MICHAEL A. JEDYNAK**                                          **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

THIS DAY this cause having come to be heard on the motion *ore tenus* of the Plaintiff, Mary G. Ford, and the Defendants, Ocwen Loan Servicing, LLC ("Ocwen"), Litton Loan Servicing, LP ("Litton"), The Bank of New York Mellon f/k/a the Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for C-Bass Mortgage Loan Asset-Backed Certificates, Series 2002-CB3 ("The Bank of New York Mellon"), and JPMorgan Chase Bank, N.A. ("Chase") (Ocwen, Litton, The Bank of New York Mellon and Chase hereinafter "Settling Defendants") and the Court, being fully advised that the Plaintiff has reached a settlement with the Settling Defendants and that the Plaintiff desires to dismiss all claims asserted against the Settling Defendants in this proceeding, finds that said motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims asserted by the Plaintiff against Ocwen, Litton, The Bank of New York Mellon and Chase are hereby DISMISSED with prejudice with each party to bear its own costs.

IT IS FURTHER ORDERED AND ADJUDGED that there is no just reason for delay and that Ocwen, Litton, The Bank of New York Mellon and Chase are hereby DISMISSED as

party defendants from these proceedings and that this Agreed Judgment shall operate as a Final Judgment as to these defendants pursuant to the Federal Rules of Civil Procedure.

**SO ORDERED this the 10th day of September, 2015.**

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**