IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARY G. FORD**                                                            **PLAINTIFF**

V.                                                  **CIVIL ACTION NO. 1:14-CV-178-SA-SAA**

**LITTON LOAN SERVICING LP;
JPMORGAN CHASE BANK; THE BANK
OF NEW YORK; OCWEN LOAD SERVICING
LLC; EMILY KAYE COURTEAU; MORRIS
AND MORRIS; and MICHAEL A. JEDYNAK**            **DEFENDANTS**

**ORDER**

Before the Court is the Motion to Dismiss or in the Alternative for Summary Judgment, [48] put forth by Defendants Morris and Morris, Emily Kay Courteau, and Michael Jedynak. For the reasons discussed more fully in a Memorandum Opinion issued this day, the court orders the following.

Plaintiff's claim for loss of possession is DISMISSED as moot. Defendants' motion for summary judgment on all other claims is GRANTED. With no remaining claims and all other Defendants dismissed by other orders of this Court, this case is hereby DISMISSED with prejudice, and this case is CLOSED.

**SO ORDERED on this the 24th day of September, 2015.**

                                                                            **/s/ Sharion Aycock**
                                                                            **UNITED STATES DISTRICT JUDGE**